_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE  Gladys C. Alston

: Chapter 13 Case No. 09-00835

Debtor

### ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF §1328(a) CHAPTER 13 DISCHARGE

Upon consideration of the debtor's Motion for Entry of Chapter 13 Discharge and the court record herein, it is,

ORDERED, that the Motion be and the same is hereby granted and the clerk of the court is hereby directed to enter a Chapter 13 Discharge pursuant 11 U.S.C. §1328(a), with notice to all creditors.

cc: Debtor; Debtor's Attorney; Chapter 13 Trustee